JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONCIA GUZMAN,<br><br>                Plaintiff,<br>      vs.<br><br>ASSOCIATED PACIFIC<br>CONSTRUCTORS, INC.,<br><br>                Defendant. | **Case No. 2:19-cv-05559-RGK-SS**<br><br>**ORDER TO ENTER CONSENT DECREE AND DISMISS**<br><br>Complaint Filed:  June 26, 2019 |

    Good cause appearing, and the parties having stipulated and agreed,

    IT IS HEREBY ORDERED that the [Proposed] Consent Decree is hereby GRANTED and the Court will enter it on the docket.

    IT IS FURTHER ORDERED that Plaintiff Veronica Guzman's claims against Defendant Associated Pacific Constructors, Inc., as set forth in the April 3, 2019, Notice of Violations and June 26, 2019, Complaint filed in Case No.: 2:19-cv-05559 RGK (SS), are hereby dismissed with prejudice consistent with the terms of the Consent Decree that is attached hereto as Exhibit 1.

    IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through two years from the date of the entry of the attached Consent Decree

1  (the "Termination Date"), for the sole purpose of resolving any disputes between the
2  parties with respect to any provision of the Consent Decree, or through the
3  conclusion of any proceeding to enforce the Consent Decree initiated prior to the
4  Termination Date, or upon the granting of a timely motion by a party requesting an
5  extension of time for the Court to retain jurisdiction.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 17, 2020

*/s/ Gary Klausner*
Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE